```
 1  HANSON BRIDGETT LLP
    MICHAEL F. DONNER (SBN 155944)
 2  mdonner@hansonbridgett.com
    BATYA F. FORSYTH (SBN 192396)
 3  bforsyth@hansonbridgett.com
    PATRICK S. LOI (SBN 320602)
 4  ploi@hansonbridgett.com
 5  425 Market Street, 26th Floor
    San Francisco, California 94105
 6  Telephone:    (415) 777-3200
 7  Facsimile:    (415) 541-9366

 8  BAKER, MANOCK & JENSEN, PC
    JOSEPH M. MARCHINI (SBN 82427)
 9  jmarchini@bakermanock.com
    J. JACKSON WASTE (SBN 289081)
10  jwaste@bakermanock.com
11  5260 North Palm, Suite 421
    Fresno, CA 93704
12  Telephone:    (559) 432-5400
    Facsimile:    (559) 432-5620
13
    Attorneys for Defendants
14  FRONTIER MANAGEMENT, an Oregon
    limited liability company; THE RODERICK
15  FAMILY, LLC, an Oregon limited liability
    company; and GREGORY RODERICK, an
16  individual
```

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, a California Limited Liability Company; ARTHUR and ANNETTE L. DAVIS, as Trustees of the DAVIS FAMILY TRUST dated May 27, 1994; ANTHONY E. HOGG, as Trustee of THE ANTHONY AND STACY L. HOGG FAMILY TRUST dated November 18, 2005; FRED PORTER, as Trustee of the PROFIT SHARING PLAN TRUST 2; BRRI INVESTMENTS, a California Limited Liability Company; MICHAEL and JENNIFER DUNCAN, as Trustees of the M AND J DUNCAN FAMILY TRUST; BART A. WALLACE, as Trustee of the ENTRUST GROUP FBO BART ALAN WALLACE IRA# | Case No. 1:19-cv-00379-LJO-SAB<br><br>**STIPULATION FOR CONSOLIDATION OF HEARING DATES AND EXTENSION OF BRIEFING SCHEDULE, AND ORDER**<br><br>[Removed from Kern County Superior Court Case No. BCV-19-100144] |

| | |
|---|---|
| 1 | 50-01668; STANLEY R. HUGHES, as Trustee of the ENTRUST GROUP FBO STANLEY RICHARD HUGHES IRA# 50-0106666; ANITA B. HASHIM and ANNETTE DAVIS, as Trustees HASHIM FAMILY TRUST dated March 28, 1990; MILO EUGENE WATSON and PATRICIA A. WATSON, as Trustees of the WATSON LIVING TRUST dated April 11, 2001; BRENT CRUZ, as Trustee of the BRENT CRUZ AND MISTY CRUZ FAMILY TRUST of 2010; BRENT CRUZ, as Trustee of the ENTRUST GROUP FBO BRENT CRUZ IRA# 72-30012530; MISTY CRUZ, as Trustee of the ENTRUST GROUP FBO MISTY CRUZ IRA # 72-30012531; JAMES A. BOCK, as Trustee of the JAMES AND BRENDA BOCK FAMILY TRUST dated September 14, 2017; DAVID K. BODKE, as Trustee of the DKB 401K TRUST; BEBEBO, LLC, a California Limited Liability Company; GEORGE R. SMITH JR., as Trustee of the ENTRUST GROUP FBO GEORGE R. SMITH JR. IRA # 50-10667; VERDI S. BOYER, as Trustee of the JOHN DAVID FRITCH IRREVOCABLE TRUST dated November 11, 2015 one-third (1/3) of Assignor's interest; VERDI S. BOYER, as Trustee of the MARK JOEL FRITCH IRREVOCABLE TRUST dated November 11, 2015 one-third (1/3) of Assignor's interest; VERDI S. BOYER, as Trustee of the JILLIAN LAURA FRITCH-STUMP IRREVOCABLE TRUST dated November 11, 2015 one-third (1/3) of Assignor's interest; and RICHARD A. OWENS, SR., as Trustee of the RICHARD A. OWENS, SR. AND MINDA OWENS REVOCABLE TRUST, |
| | Plaintiffs, |
| | v. |
| | BRIAN GLOVER, an individual; MESA SENIOR LIVING COMMUNITY, LLC/COURTYARD TOWERS, MESA ARIZONA, an Oregon Limited Liability Company; GREGORY RODERICK, an individual; THE RODERICK FAMILY LLC, a California Limited Liability Company; BIDE, LLC, a California Limited Liability Company; |

| | |
|---|---|
| 1 | MARK SMITH, an individual; FRONTIER MANAGEMENT, an Oregon Limited Liability Company; NEWMARK GRUBB ASU & ASSOCIATES, a California Corporation; and DOES 1-50, inclusive, |
| 2 | |
| 3 | |
| 4 | |
| 5 | Defendants. |

Pursuant to Local Rules 143, 144 and 230 of the Local Rules of the United States District Court, Eastern District of California ("Local Rules") and the Standing Order in All Civil Cases Assigned to District Judge Lawrence J. O'Neill, the parties stipulate, and the Court hereby orders, as follows:

## **Background Facts**

A. On or about January 16, 2019, plaintiffs Lantz Retirement Investments, LLC, et al. ("Plaintiffs") filed their complaint against Brian Glover, an individual ("Glover"); Mesa Senior Living Community, LLC/Courtyard Towers, Mesa Arizona, an Oregon Limited Liability Company ("Mesa"); Gregory Roderick, an individual ("Roderick"); the Roderick Family LLC, an Oregon Limited Liability Company ("Roderick Family"); Bide, LLC, a California Limited Liability Company ("Bide"); Mark Smith, an individual ("Smith"); Frontier Management, an Oregon Limited Liability Company ("Frontier"); and Newmark Grubb ASU & Associates ("ASU"), a California corporation, in Kern County Superior Court. The action was entitled *Lantz Retirement Investments, LLC, et al., v. Brian Glover, et al.,* Case No. BCV-19-100144.

B. On or March 21, 2019, defendants Frontier Management, Roderick and Roderick Family (the "Frontier Defendants") filed their notice of removal thereby removing the state court case to the United States District Court for the Eastern District of California. The case has been assigned number 1:19-CV-00379-LJO-SAB.

C. On or about March 27, 2019, Plaintiffs, the Frontier Defendants and ASU filed a stipulation pursuant to Local Rule 144(a) setting April 25, 2019 as the deadline for those defendants to file their initial responsive pleading.

D. On or about March 28, 2019, Defendant Smith filed his Notice of Motion and Motion to Dismiss Plaintiffs' Complaint Pursuant to FRCP 12(B)(6)) and Motion for More

1 Definite Statement Pursuant to FRCP 12(E) ("Defendant Smith's Motion"). The matter is set to be heard April 25, 2019.

E. Plaintiffs have filed their opposition to Defendant Smith's motion. Defendant Smith's reply is due April 18, 2019.

F. The Frontier Defendants and Defendant ASU contemplate filing dispositive motions as their initial responsive pleadings.

G. Counsel for Plaintiffs, for the Frontier Defendants, for Defendant Smith and for Defendant ASU have met, conferred and do agree that the interests of judicial economy will be best served if the motions of the various defendants are briefed on the same schedule and heard on the same day. They have for that reason, subject to the Court's approval, entered into the following stipulation:

**Stipulation**

1. The parties hereby stipulate that the hearing date, time and place currently set for Defendant Smith's Motion, (April 25, 2019, 8:30 a.m., Courtroom 4, Honorable Lawrence J. O'Neill) shall be continued to June 27, 2019, 8:30 a.m., in Courtroom 4, United States Courthouse, Fresno, California; Hon. Lawrence J. O'Neil, presiding; so as to be heard with dispositive motions to be filed by the Frontier Defendants and Defendant ASU.

2. The parties further hereby stipulate pursuant to Local Rule 144(a), the time for the Frontier Defendants and ASU to respond to Plaintiffs' complaint shall be extended to May 30, 2019;

3. The parties further stipulate that Defendant Smith's reply memorandum shall be due on the same date as the reply memoranda of the Frontier Defendants and Defendant ASU; which date shall be the date prescribed by Local Rule 230(d).

4. All signatories hereto authorize counsel for the Frontier Defendants pursuant to Local Rule 131(e) to submit this stipulation on their behalf and to evidence their consent by using an /s/ signature.

///

[Signatures Appear on Page 5 of 5]

| | | |
|---|---|---|
| DATED: April 16, 2019 | | DOWLING AARON INCORPORATED. |
| | By: | /s/ Mark D. Fishback (as authorized on April 16, 2019) |
| | | Donald R. Fischbach |
| | | Mark D. Kruthers |
| | | Jared C. Marshall |
| | | Attorneys for Defendnat |
| | | NEWMARK GRUBB ASU & ASSOCIATES |

DATED: April 17, 2019  GEORGESON AND BELARDINELLI

By: /s/ C. Russell Georgeson (as authorized on April 17, 2019)
C. Russell Georgeson
Richard A. Belardinelli
Robert J. Willis
Attorneys for Plaintiffs

DATED: April 16, 2019  BAKER MANOCK & JENSEN, PC

By: /s/ Joseph M. Marchini (as authorized on April 16, 2019)
Joseph M. Marchini
Attorneys for Defendants, FRONTIER MANAGEMENT, an Oregon limited liability company; THE RODERICK FAMILY, LLC, a California limited liability company; and GREGORY RODERICK, an individual

DATED: April 16, 2019

/s/ Lawrence J. Lennemann
(as authorized on April 16, 2019)
Lawrence J. Lennemann
Attorneys for Defendant, MARK SMITH

**ORDER**

THE FOREGOING STIPULATION IS APPROVED AND SO ORDERED.

IT IS SO ORDERED.

Dated: **April 17, 2019**     **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE