# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN GLOVER, et al.,<br><br>Defendants. | Case No. 1:19-cv-00379-NONE-SAB<br><br>ORDER RE STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING<br><br>(ECF No. 46) |

On January 31, 2020, the Court granted in part and denied in part Defendants' motion to dismiss and ordered Plaintiffs to file an amended complaint within thirty days. (ECF No. 42.) On March 2, 2020, Plaintiffs filed a first amended complaint. (ECF No. 44.) On March 13, 2020, Plaintiffs and Defendants Bide, LLC, and the Estate of Brian Glover, (the "Glover Defendants"), filed a stipulation to allow the Glover Defendants an extension of eight (8) days to file a responsive pleading to the first amended complaint. (ECF No. 46.)

Accordingly, IT IS HEREBY ORDERED that the Glover Defendants shall have until March 24, 2020, to respond to Plaintiff's first amended complaint.

IT IS SO ORDERED.

Dated: **March 13, 2020**

UNITED STATES MAGISTRATE JUDGE

1