# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN GLOVER, et al., <br><br> Defendants. | Case No. 1:19 -cv-00379-NONE-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT <br><br> (ECF No. 49) |

Plaintiffs filed a first amended complaint on March 2, 2020. (ECF No. 44.) On March 16, 2020, a stipulation was filed to extend time for Defendant Newmark Grubb ASU & Associates to respond to the first amended complaint. (ECF No. 49.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant Newmark Grubb ASU & Associates shall file a pleading responsive to the first amended complaint on or before March 30, 2020.

IT IS SO ORDERED.

Dated:   **March 16, 2020**

UNITED STATES MAGISTRATE JUDGE