UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, *et al.*, | Case No. 1:19-cv-00379-NONE-SAB |
| Plaintiffs, | ORDER RE STIPULATION BETWEEN PLAINTIFFS AND DEFENDANTS ESTATE OF BRIAN GLOVER AND BIDE LLC FOR FURTHER EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT |
| v. | |
| BRIAN GLOVER, *et al*., | |
| Defendants. | (ECF No. 53 |

Pursuant to the stipulation of the parties IT IS HEREBY ORDERED that the time for the Glover

Defendants to respond to Plaintiffs' First Amended Complaint shall be extended eight days until April

13, 2020.

IT IS SO ORDERED.

Dated: __**March 19, 2020**__

_____
UNITED STATES MAGISTRATE JUDGE

0