# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN GLOVER, et al., <br><br> Defendants. | Case No. 1:19-cv-00379-NONE-SAB <br><br> ORDER RE STIPULATION FOR EXTENSION OF TIME TO RESPOND TO AMENDED COMPLAINT <br><br> (ECF No. 58) |

Plaintiffs filed a first amended complaint on March 2, 2020. (ECF No. 44.) On April 9, 2020, a stipulation was filed to extend the time for Defendants Bide, LLC, and the Estate of Brian Glover, to respond to the first amended complaint. (ECF No. 58.)

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendants Bide, LLC, and the Estate of Brian Glover, shall file a pleading responsive to the first amended complaint on or before May 6, 2020.

IT IS SO ORDERED.

Dated: **April 9, 2020**

UNITED STATES MAGISTRATE JUDGE

1