# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>BRIAN GLOVER, et al.,<br><br>　　　　　Defendants. | Case No.  1:19 -cv-00379-NONE-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 60, 70) |

A mandatory scheduling conference is currently set for July 28, 2020. (ECF No. 60.) On May 6, 2020, Defendants Bide, LLC, and the Estate of Brian Glover, filed a motion to dismiss the first amended complaint. (ECF No. 67.) On July 8, 2020, the parties filed a stipulation to continue the scheduling conference due to the still pending motion to dismiss. (ECF No. 70.)

Accordingly, the mandatory scheduling conference set for July 28, 2020 is HEREBY CONTINUED to **October 29, 2020, at 11:00 a.m.** in Courtroom 9. The parties shall file a joint scheduling report **seven (7) days** prior to the continued date.

IT IS SO ORDERED.

Dated:　**July 9, 2020**　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1