# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>BRIAN GLOVER, et al.,<br><br>             Defendants. | Case No.  1:19 -cv-00379-NONE-SAB<br><br>ORDER RE STIPULATION TO CONTINUE OCTOBER 29, 2020 SCHEDULING CONFERENCE<br><br>(ECF No. 73) |

On October 5, 2020, the parties filed a stipulation to continue the scheduling conference that is set for October 29, 2020, due to motions that are currently pending before the district judge.

Pursuant to the stipulation of the parties, and for good cause, IT IS HEREBY ORDERED that:

1. The scheduling conference set for October 29, 2020 is CONTINUED to **January 28, 2021, at 10:30 a.m.**, in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **October 6, 2020**

UNITED STATES MAGISTRATE JUDGE

1