# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al.,<br><br>            Plaintiffs,<br><br>     v.<br><br>BRIAN GLOVER, et al.,<br><br>            Defendants. | Case No. 1:19-cv-00379-NONE-SAB<br><br>ORDER RE STIPULATION TO CONTINUE JANUARY 28, 2021 SCHEDULING CONFERENCE<br><br>(ECF No. 75) |

On January 4, 2021, the parties filed a stipulation to continue the scheduling conference that is currently set for January 28, 2021, due to motions to dismiss that are currently pending before the district judge.

Pursuant to the stipulation of the parties, and for good cause, IT IS HEREBY ORDERED that:

1. The scheduling conference set for January 28, 2021, is CONTINUED to **April 29, 2021, at 3:00 p.m.**, in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:   **January 5, 2021**

_____
UNITED STATES MAGISTRATE JUDGE

1