# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al.,<br><br>         Plaintiffs,<br><br>    v.<br><br>BRIAN GLOVER, et al.,<br><br>         Defendants. | Case No. 1:19-cv-00379-NONE-SAB<br><br>ORDER RE STIPULATION TO CONTINUE SCHEDULING CONFERENCE<br><br>(ECF No. 79) |

On April 6, 2021, the parties filed a stipulation to continue the scheduling conference that is currently set for April 29, 2021, due to currently pending motions to dismiss. (ECF No. 79.)

Pursuant to the stipulation of the parties, and for good cause, IT IS HEREBY ORDERED that:

1. The scheduling conference set for April 29, 2021, is CONTINUED to **July 29, 2021, at 10:30 a.m.**, in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: **April 6, 2021**

UNITED STATES MAGISTRATE JUDGE

1