# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>BRIAN GLOVER, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00379-NONE-SAB<br><br>ORDER RE STIPULATION TO CONTINUE JULY 29, 2021 SCHEDULING CONFERENCE<br><br>(ECF No. 81) |

On July 1, 2021, a stipulation was filed to continue the scheduling conference in this matter due to pending motions to dismiss. (ECF No. 81.) The Court finds that good cause exists to continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for July 29, 2021 is CONTINUED to **October 28, 2021, at 10:30 a.m.** in Courtroom 9; and

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated:  **July 2, 2021**

UNITED STATES MAGISTRATE JUDGE

1