# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANTZ RETIREMENT INVESTMENTS, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN GLOVER, et al., <br><br> Defendants. | Case No. 1:19-cv-00379-NONE-SAB <br><br> ORDER RE STIPULATION TO CONTINUE OCTOBER 28, 2021 SCHEDULING CONFERENCE <br><br> (ECF No. 83) |

On September 27, 2021, a stipulation was filed to continue the scheduling conference in this matter due to motions to dismiss before the District Judge. (ECF No. 83.) The Court finds good cause exists to continue the scheduling conference.

Accordingly, IT IS HEREBY ORDERED that:

1. The scheduling conference set for October 28, 2021, is CONTINUED to **January 27, 2022, at 10:30 a.m.** in Courtroom 9; and

/ / /

/ / /

/ / /

/ / /

/ / /

1

2. The parties shall file a joint scheduling report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**September 28, 2021**__

UNITED STATES MAGISTRATE JUDGE